UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:05CR105 CDP |
| | ) |
| QUITMAN CARTER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on defendant Carter's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Lewis M. Blanton. An evidentiary hearing was held on September 19, 2005, and thereafter Judge Blanton filed his Report and Recommendation regarding the defendant's motion. On October 24, 2005, defendant filed his objections to Judge Blanton's recommendations.

The Court has conducted a de novo review of all matters relevant to the motion, including listening to the recording of the hearing. After careful consideration I will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended rulings issued on October 12,

2005, and I will deny the motion to suppress.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#30] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#25] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2005.